**Order issued October 11, 2018 withdrawn; Replaced by this Order filed November 29, 2018.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-18-00318-CV
_____

### LONE STAR PAVERS INC., Appellant

### V.

### JOSE MURILLO, Appellee

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 321010151**

## O R D E R

On October 11, 2018 this court issued an order in error. That order is withdrawn. This order is filed in its place.

No reporter's record has been filed in this case. The official court reporter for the 151st District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On September 6, 2018 the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of

notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal by **December 13, 2018**. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM